Filed 12/16/20  P. v. Smith CA2/4

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(a). This opinion has not been certified for publication or ordered published for purposes of rule 8.1115(a).

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA
### SECOND APPELLATE DISTRICT
### DIVISION FOUR

| | |
|---|---|
| THE PEOPLE, | B299559 |
| Plaintiff and Respondent, | Los Angeles County |
| v. | Super. Ct. No. TA080455 |
| VERNARD SMITH, | |
| Defendant and Appellant. | |

APPEAL from a judgment of the Superior Court of Los Angeles County, Tammy Chung Ryu, Judge. Dismissed.

Sarvenaz Bahar, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

In 2006, defendant and appellant Vernard Smith pled guilty to attempted murder (Pen. Code, §§ 664, 187, subd. (a)),[1] admitted he personally used a firearm (§ 12022.53, subd. (b)), and admitted the offense was committed for the benefit of a criminal street gang (§ 186.22, subd. (b)(1)(A)). The court sentenced Smith to 17 years in state prison, consisting of a seven-year mid-term for the attempted murder, plus 10 years for the firearm enhancement. The court stayed sentencing on the gang enhancement.

In 2019, Smith filed a petition asking the trial court to strike or dismiss the firearm enhancement under Senate Bill No. 620. The court denied Smith's petition. The court explained Smith was not entitled to relief because his case was final when Senate Bill No. 620 took effect. Smith timely appealed.

Appellate counsel filed a brief identifying no issues and invited this court to independently review the record for arguable issues. The court notified Smith he had 30 days to file a supplemental brief, but he did not file one. We have no independent duty to review the record for reasonably arguable issues. (*People v. Cole* (2020) 52 Cal.App.5th 1023, 1028, 1039-1040, review granted Oct. 14, 2020, S264278.) We therefore dismiss Smith's appeal as abandoned. (*Ibid.*)

---

1      All undesignated statutory references are to the Penal Code.

## DISPOSITION

The appeal is dismissed.


**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**



CURREY, J.

We concur:



WILLHITE, Acting P.J.



COLLINS, J.